# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: SUSAN CAROL WINDSOR,
v.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

Case Number: 1:26-cv-13572

An appearance is hereby filed by the undersigned as attorney for:
Susan Carol Windsor

Attorney name (type or print): Yanling Jiang

Firm: JiangIP LLC

Street address: 33 West Jackson Boulevard, #2W

City/State/Zip: Chicago, IL, 60604

Bar ID Number: 6309336
(See item 3 in instructions)

Telephone Number: 630-733-9483

Email Address: yanling@jiangip.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 3, 2026

Attorney signature: S/ Yanling Jiang
(Use electronic signature if the appearance form is filed electronically.)