**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Susan Carol Windsor

Plaintiff,

v.

Case No.: 1:26−cv−13572
Honorable Georgia N. Alexakis

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Initial status hearing is set for 1/11/2027 at 9:30 a.m. in person in Courtroom 1719. By 1/4/2027, the parties shall file a Joint Initial Status Report that complies with the Court's standing orders, which can be found on the Court's website. If the Defendant(s) have not been served by the initial status hearing date, Plaintiff must timely contact the Courtroom Deputy to reschedule the initial case management deadlines. Upon review of the complaint, the Court sua sponte raises the propriety of joining 32 defendants in a single action. By 11/18/2026, plaintiff must file a supplemental memorandum addressing the propriety of joinder in light of this Court's orders in Bug Art Limited v. The Partnerships, 24 CV 7777, Dkt. 28 (N.D. Ill. Oct. 28, 2024), and Anagram International v. The Partnerships, 24 CV 12194, Dkt. 87 (N.D. Ill. Feb. 21, 2025). In the alternative, plaintiff has leave to file an amended complaint by 11/18/2026 with a smaller subset of defendants along with a memorandum explaining why that smaller subset of defendants is properly joined. No motion for an ex parte temporary restraining order should be filed in this matter without Plaintiff first consulting this Court's order in Wham−O Holding v. The Partnerships, 24 CV 12523, Dkt. 39 (N.D. Ill. Feb. 20, 2025). Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.