AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-13572 | DATE FILED | Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Susan Carol Windsor | The Partnerships and Unincorporated Associations |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | J. Scales | 11/5/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-476-711**

**Effective Date of Registration:**
November 11, 2025

**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Sparrow Watercolor Painting

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 05, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan Carol Windsor
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan Carol Windsor
803 Red Oak Drive, Lewisville, TX, 75067, United States

## Rights and Permissions

**Name:** Susan Carol Windsor
**Email:** susan@susanwindsor.com
**Address:** 803 Red Oak Drive
Lewisville, TX 75067 United States

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** SW2025110701



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-706**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Eastern Bluebird Watercolor Painting

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 22, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan Carol Windsor
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan Carol Windsor
803 Red Oak Drive, Lewisville, TX, 75067, United States

## Rights and Permissions

**Name:** Susan Carol Windsor
**Email:** susan@susanwindsor.com
**Address:** 803 Red Oak Drive
Lewisville, TX 75067 United States

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** SW2025110702


Susan Windsor